ORIGINAL

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2007 JAN 17 AM 11: 04

CLERK _____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

JOE CURTIS HARRIS,

    Plaintiff,

v.

CALVIN D. MORTON; J. GARARD;
Lt. SPELL; RICHARD MAYNARD;
Nurse FOWLER, and Lt. ADAMS,

    Defendants.

CIVIL ACTION NO.: CV506-035

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's claims against Defendants Morton, Spell, Maynard, Fowler, and Adams are **DISMISSED**, without prejudice, due to Plaintiff's failure to exhaust his administrative remedies. Plaintiff's claims against Defendant Garrard are **DISMISSED**, as Plaintiff has failed to state a cognizable claim against Garrard. The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment.

SO ORDERED, this 17th day of JANUARY, 2006.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)